## HALL v. EL DORADO CO.

(*Circuit Court, D. California. July 6, 1885.*)

This case is similar to *Nash* v. *El Dorado Co.*, *ante*, 252, and must be decided in the same way. Let a similar order be entered.